**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7807**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ROOSEVELT BROADUS, a/k/a Supreme,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-91-209-G, CA-97-965-1)

———————

Submitted:  May 19, 2000            Decided:  June 1, 2000

———————

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Cheryl Johns Sturm, Chadds Ford, Pennsylvania, for Appellant. Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roosevelt Broadus seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Broadus, Nos. CR-91-209-G; CA-97-965-1 (M.D.N.C. Nov. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2